UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Lynette Latice Dixon    Case No. 17 B 28023

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2017.

2) The plan was confirmed on 11/14/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/19/2019.

5) The case was Converted on 04/03/2019.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,316.98 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,316.98** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,921.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $155.74 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,076.93** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1st Loans Financial | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| 1st Loans Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 77th St Depot Federal Credit Union | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| 77th Street Depot Federal Credit Union | Unsecured | 3,400.00 | 4,181.18 | 4,181.18 | 0.00 | 0.00 |
| Affinion Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Associated Allergists & Asthma Specialist | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Cash In A Wink | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Certified Services INC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 2,475.00 | 2,520.62 | 2,520.62 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 500.00 | 728.00 | 728.00 | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 428.52 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 838.25 | 1,060.51 | 1,060.51 | 0.00 | 0.00 |
| Comprehensive Pediatric Care | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| CreditBox.com LLC | Unsecured | 2,510.00 | NA | NA | 0.00 | 0.00 |
| Equifax | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 216.15 | NA | NA | 0.00 | 0.00 |
| Hidden Pictures Club | Unsecured | 45.19 | NA | NA | 0.00 | 0.00 |
| Ice Mountain Water | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| IGS ENERGY | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,200.00 | 873.23 | 873.23 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 347.20 | 347.20 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Secured | 310.49 | 0.00 | 310.49 | 229.53 | 10.52 |
| Illinois Tollway | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Inbox Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Infinity Smile Dental Center | Unsecured | 238.60 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 458.64 | NA | NA | 0.00 | 0.00 |
| Ivanhoe Dental Group | Unsecured | 1,478.20 | NA | NA | 0.00 | 0.00 |
| Lendgreen | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Money Shop | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 568.74 | 1,227.12 | 1,227.12 | 0.00 | 0.00 |
| Opportunity Financial LLC | Unsecured | 1,577.00 | 1,560.57 | 1,560.57 | 0.00 | 0.00 |
| Pacific Realty | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Unsecured | 3,090.00 | NA | NA | 0.00 | 0.00 |
| Providian National Bank | Unsecured | 0.00 | 943.86 | 943.86 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| The Cash Line | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| Transunion | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Dolton | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Midlothian | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $310.49 | $229.53 | $10.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$310.49** | **$229.53** | **$10.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $873.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$873.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,569.06** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,076.93 |
| Disbursements to Creditors | $240.05 |
| **TOTAL DISBURSEMENTS :** | **$3,316.98** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/22/2019                           By: /s/ Marilyn O. Marshall
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**